**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JUAN CARLOS PEREZ-SANCHEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2327-KC** |
| | § | |
| **CHRISTOPHER MCGREGOR, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered Juan Carlos Perez-Sanchez's Petition for a Writ of Habeas Corpus, ECF No. 1. On September 22, 2026, the Court ordered Respondents by no later than September 29, 2026, to either (1) provide Perez-Sanchez with a bond hearing before an immigration judge ("IJ"), or (2) release him from custody under reasonable conditions of supervision. Sep. 22, 2026, Order 4, ECF No. 4. Respondents now inform the Court that, on September 25, 2026, an IJ granted bond. Notice, ECF No. 5; *see id*. Ex. A ("IJ Order"), ECF No. 5-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet.; Sep. 22, 2026, Order. Accordingly, **<u>the Clerk shall close the case</u>**.

**SO ORDERED**.

**SIGNED this 1st day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE